UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBERT LETTINGA,

        Plaintiff,

vs.

        Case No. 04-0857
        Judge: Hon. Robert Holmes Bell

REGIONAL ADJUSTMENT BUREAU, INC.,
a Tennessee corporation,

        Defendant.

_____/

### STIPULATED ORDER OF DISMISSAL

At a session of said Court held in Grand Rapids, Michigan on: _____

PRESENT HON.: _____
United States District Judge

This matter is before the Court on the parties' stipulation, as demonstrated by the signatures of the parties' respective counsel below. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs to any party.

_____
United States District Judge

Stipulated and Agreed:

_____
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503
(616) 776-1176

Dated February 24, 2005

CLARK HILL PLC
Patrick G. Kruse (P55953)
Attorneys for Defendant
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300

3343463v1
24653/100394