UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBERT LETTINGA,

    Plaintiff,

vs.

                            Case No. 04-0857
                            Judge: Hon. Robert Holmes Bell

REGIONAL ADJUSTMENT BUREAU, INC.,
a Tennessee corporation,

    Defendant.

_____/

### STIPULATED ORDER OF DISMISSAL

At a session of said Court held in Grand Rapids,
Michigan on:  March 14, 2005

PRESENT HON.:  _____
                          United States District Judge

This matter is before the Court on the parties' stipulation, as demonstrated by the signatures of the parties' respective counsel below. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs to any party.

                            /s/ Robert Holmes Bell
                            United States District Judge

Stipulated and Agreed:

Phillip C. Rogers (P34356)          CLARK HILL PLC
Attorney for Plaintiff                   Patrick G. Kruse (P55953)
40 Pearl Street, N.W., Suite 336     Attorneys for Defendant
Grand Rapids, Michigan 49503      500 Woodward Avenue, Suite 3500
(616) 776-1176                        Detroit, Michigan 48226-3435
                                          (313) 965-8300

Dated February 24, 2005

3343463v1
24653/100394